377 A.2d 185

Commonwealth v. Ramsdell, Appellant.

Submitted March 8, 1976. William H. Nast, Jr., for appellant; Keith B. Quigley, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.